IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR___20-1 |
| | : | |
| HAMZA ALTAF KHAWAJA | : | |

The Grand Jury charges:

From on or about August 23, 2024, continuing up to and including on or about December 31, 2024, in the County of Forsyth, in the Middle District of North Carolina, HAMZA ALTAF KHAWAJA did knowingly attempt to corruptly persuade Chaudhry Shabbir Ahmed with the intent to hinder, delay, and prevent the communication to law enforcement officers with the FBI and the U.S. Department of Health and Human Services, Office of the Inspector General, of information relating to the commission of a Federal offense, that is, health care fraud, in violation of Title 18, United States Code, Section 1347,

by posing as an Urdu interpreter for Ahmed's conversations with Ahmed's attorney; in violation of Title 18, United States Code, Section 1512(b)(3).

DATED: January 13, 2025

SANDRA J. HAIRSTON
United States Attorney

BY: REBECCA A. MAYER
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON